AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

UNSEALED

| United States of America | ) |
| v. | ) |
| | ) Case No. 20- |
| | ) |
| | ) |
| Samuel Marian Mattia | ) |
| Defendant | |

Handwritten: 2:20 mj 100 CKD

FILED
JUL 13 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Samuel Marian Mattia

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Cyberstalking. 18 U.S.C. section 2261A(2)(B)

Date: 04/28/2020 @ 3:37 p.m.

_____
Issuing officer's signature

City and state: Phoenix, AZ

Deborah M. Fine
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 7-5-2020
at *(city and state)* _____

Date: _____

_____
Arresting officer's signature

Jason Gives DUSM for FBI
*Printed name and title*