HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
SAMUEL MARIAN MATTIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-MJ-100-CKD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION, IDENTITY AND PRELIMINARY HEARINGS** |
| vs. | ) | |
| SAMUEL MARIAN MATTIA, | ) | Date: July 24, 2020 |
| Defendant. | ) | Time: 2:00 P.M. |
|  | ) | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Rosanne Rust, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant, that the in-person detention, identity, and preliminary hearings currently set for July 24, 2020 may be continued to August 10, 2020 at 1:00 p.m. in the Ceremonial Courtroom.

On July 14, 2020, the Court scheduled the above hearings for July 24, 2020. On July 21, 2020, the defense informed the Court and opposing counsel that Mr. Mattia may have contracted COVID-19 at the Sacramento County Jail, and out of concern for the health of the U.S. Marshals, Court staff, and counsel, he wishes to continue these hearings three weeks to August 10, 2020 at 1:00 p.m. The government agrees with this schedule.

The parties further agree that: i) good cause within the meaning of 18 U.S.C. § 3142(f)(2)

1  exists to continue the detention hearing until August 10, 2020; ii) extraordinary circumstances

2  within the meaning of Federal Rule of Evidence 5.1(d) exists to continue the preliminary hearing

3  to that date; and iii) sufficient cause exists under Federal Rule of Evidence 5 to continue the

4  identity hearing until that date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2020        */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
SAMUEL MARIAN MATTIA

Date: July 22, 2020        MCGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 22, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE